UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON G. VOGEL,                         )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )         No. 1:16-cv-01598-APM
                                        )
THE GO DADDY GROUP and                  )
JOHN DOES 1 - 4,                        )
                                        )
            Defendants                  )

**AFFIDAVIT OF SEAN M. HARDY IN SUPPORT OF [PROPOSED] AMICUS BRIEF OF
FREEDMAN + TAITELMAN LLP
IN OPPOSITION TO EXTENSION OF TIME
AND SUGGESTING DISMISSAL FOR LACK OF JURISDICTION**

I, Sean M. Hardy, declare:

1.      I am more than eighteen years old.  I am an attorney licensed to practice in the State of California, and an associate in the firm of Freedman+Taitelman LLP, a California limited liability partnership.  I make this affidavit in support of Freedman+Taitelman LLP's proposed amicus brief in opposition to extension of time and suggesting dismissal for lack of jurisdiction.  I make this affidavit of my own personal knowledge and otherwise on information and belief, and if called to do so, could testify competently to the facts stated herein under oath.

2.      In the above-captioned action, Plaintiff Jason Vogel has served subpoenas duces tecum on the following persons:

(a)      Hudson Pacific Properties, Inc., a Maryland corporation with its principal place of business in Los Angeles.  Hudson Pacific Properties, Inc. does not conduct business in Washington D.C.;

(b)      Michael Trujillo,a California resident and citizen;

-1-

(c)     Candy Baldwin, a California resident and citizen;

(d)     Elizabeth Walker, a California resident and citizen;

(e)     Jon Rivera, a California resident and citizen;

(f)     Tom Ogden, a California resident and citizen;

(g)     Freedman & Taitelman, LLP – a California limited liability partnership based in Los Angeles; and

(h)     Sheppard, Mullin, Richter & Hampton LLP – nationwide law firm headquartered in Los Angeles.

3.      Further, I am informed and believe that, in the above-captioned action, Plaintiff Jason Vogel has served subpoenas duces tecum on the following persons:

(a)     Matthew Hess, a California resident and citizen.  Mr. Hess is a licensed California attorney who represented parties adverse to Plaintiff Jason Vogel in a California Superior Court action;

(b)     Brandon McWhorter, a California resident and citizen;

(c)     Cooper Willis, a California resident and citizen;

(d)     Daniel Scannell, California resident and citizen;

(e)     Sam Neira, a California resident and citizen;

(f)     Michael Zhu, a California resident and citizen;

(g)     C. Jackson Investigations, Inc., a California corporation with its principal place of business in Irvine, California.

(h)     Facebook, a company headquartered in San Mateo County, California;

(i)     Twitter, a company headquartered in San Francisco, California;

(j)     Google, a company headquartered in Santa Clara County, California;

(k)    Homer Alba, a California resident and citizen;

(l)    Dasler Jimenez, a California resident and citizen;

(m)    XO Communications;

(n)    Host Gator;

(o)    Domains By Proxy;

(p)    Level 3;

(q)    NextDoor;

(r)    T-Mobile;

(s)    Bandwidth; and

(t)    AT&T.


I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 31st day of March, 2017 at Los Angeles, California.


/s/ Sean M. Hardy_____
Sean M. Hardy