# Exhibit A

# THE REAL JASON VOGEL

*The Dirt Road to Nowhere*

---

MENU

THE SLUMLORD?

---

# THE SLUMLORD?



I want to rip you off.

There comes a time in life when even the most cynical of travelers looking for a nice place to stay are stopped cold in their tracks. Lured into a false sense of security an unsuspecting nomad stumbled into the twisted world of Jason Vogel and his dilapidated properties. That

intrepid nomad recalled the horror on a TripAdvisor.com review:

> *When you arrive at this Hollywood town home you will be shocked to turn down a dirt path to find it…The house was dirty…The walls, door knobs, light switches were filthy, the floors were sticky, and the bathroom downstairs had feces on the seat!*

 1 guest review

 **"Hollywood horror story"**



Left on 10/18/2014 for a stay in October 2014

When you arrive at this Hollywood townhome you will be shocked to turn down a dirt path to find it, you may be treated by mice as we were,when we unfortunately had to unpack as we had no other hotel reservations to stay. Although it appears nicely furnished, the pictures in the ad are dated. The house was dirty, it seemed as if someone had just picked up the place. The walls, door knobs, light switches were filthy, the floors were sticky, and the bathroom downstairs had feces on the seat! No joke or sarcasm. Before we unpacked we wiped down as much as we could with Clorox wipes we had in the car, luckily. So if you rent after us we at least wiped it down, the only things nicely made were the beds. The only issue is they slide easily, the 3 year old that we have was able to push the twin beds around. The place it's self is quite dated and smells as if there is mold. We were only able to stand the place one night, thanks to a family emergency. We honestly would not have been able to stay an extra night, the neighbors are out until all hours of the night, Bronson St itself is known as hooker ally! As we were toldby locals. If I would have known I would not have rented this place with my 3 year old and 8 year old. I would not stay in this place even if they paid me.

Hide Details ▼

**Detailed ratings for this rental**

- ○ ●○○○○ Location
- ○ ●○○○○ Value

At first we thought Vogel would be a tough nut to crack. So many of these slimy types lurk in the shadows to avoid the light. We worried the task of revealing his dark, seedy, underbelly would be elusive. Yet, the hidden gems of what Jason Vogel is all about came rushing forward like a wild river.

The Hypno-Showman-Part 2



His old ways of hypnosis were no match for our ability to expose him as the consummate Hollywood slumlord of modern times.

We find it hilarious that Vogel would cast himself as the champion for the little guy and the working class. Yet the exploitation of his tenants has no end.  If we take a look at Jason Vogel's properties we see a man hell-bent on pinching every penny possible.  His properties have received **ZERO** improvements in the past decade. That's right, 10 years with not a finger lifted to improve the living standards of his tenants.

And why might you ask does Jason treat his properties and tenants with such disgust and disdain? Because Jason only cares about profits.  Jason doesn't like living under the same rules as you and me.  Rent control in LA is a pesky little problem digging into his profits.  So what did Jason do? He made life completely and utterly miserable for his tenants.  A forced eviction if you will, without having to actually evict on paper.  Shrewd and devilish.

His slum-lording tactics worked.  Jason was able to make life so miserable for his former tenants that they felt no other recourse than to self-evict. This opened a clear path for Jason to illegally convert his apartments to permanent Airbnb rooms.

What does Jason have to show for his cheap ways and quick profits at the expense of his exploited tenants?  A very nice lawsuit that was just filed on **January 19th, 2016**.  Take a look because we quite enjoy karma in its' best form.

[embeddoc url="http://therealjasonvogel.com/wp-content/uploads/2016/01/Complaint-Conformed-Copy.pdf"]

There is a nice article about Vogel regarding this lawsuit as well which you can view RIGHT HERE.

We promised more Jason and here it is…

His star property at 1527 to 1533 N. Bronson is a shining example of his frugal living.  In addition to his dirt driveway and parking areas, Vogel excels at creating a hazardous environment with loose wires and open utility grates.  And the smell.  It has to be experienced as no words can accurately describe the overbearing stench.  No doubt just like the lawsuit says, the place is infested with cockroaches and rats.













And since we are a group who enjoys facts instead of innuendo, something our previous hypnotist Jason Vogel loves to throw around like a cheap suit, we can show what we say is true. Vogel, is not just a hypnotist, but a **hypocrite.** One of the worst we have seen. Vogel loves to run around and tell others to follow the rules. But at the end of the day, he can't follow the rules himself. No construction permits, illegal conversions to Airbnb units , and unfinished work are what Vogel does best.



No construction permit



No construction permit and a conversion to an Airbnb unit…more on that later.

## 1529 3/4 N BRONSON AVE 90028

| | |
|---|---|
| **Application / Permit** | 13016-20000-11217 |
| **Plan Check / Job No.** | X13VN10884 |
| **Group** | Building |
| **Type** | Bldg-Alter/Repair |
| **Sub-Type** | 1 or 2 Family Dwelling |
| **Primary Use** | (1) Dwelling – Single Family |
| **Work Description** | REPLACE DAMAGED FRAMING MEMBERS LESS THAN 10% (LIKE FOR LIKE) FOR HOUSES AND DUPLEXES NOT INCLUDING DECKS. |
| **Permit Issued** | Issued on 6/6/2013 |
| **Issuing Office** | Valley |
| **Current Status** | Permit Expired on 7/2/2015 |

### Permit Application Status History

| | | |
|---|---|---|
| Issued | 6/6/2013 | LADBS |
| Permit Expired | 7/2/2015 | APPLICANT |

### Permit Application Clearance Information

| |
|---|
| No Data Available. |

### Contact Information

| | | |
|---|---|---|
| Contractor | Owner-Builder | , |

### Inspector Information

| | |
|---|---|
| MICHAEL TUCK, (213) 252-3037 | Office Hours: 7:00-8:00 AM MON-FRI |

### Pending Inspections

| |
|---|
| No Data Available. |

### Inspection Request History

| | | | |
|---|---|---|---|
| Wood Frame | 6/11/2013 | Not Ready for Inspection | WILLIAM JIMENEZ |

Unfinished work on framing…We would hate to be the tenant in that unit.

As we sift through the various building and safety reports we find a common theme. No maintenance on any of Vogel's properties in the past 10 years. Let that sink in. Multi-unit housing properties with no major or even minor updates for ten long years.



© Copyright 2010 City of Los Angeles. All rights reserved.

2004



The last time anyone touched a gas valve was in 2002???????  That laundry room is to accommodate his Airbnb renters.  It has nothing to do with the current tenants.



2005

**LA DBS** The City of Los Angeles
**Department of Building and Safety**    Search... [Go]

Home    LADBS Services ▾    Online Services    FAQ ▾    Forms ▾    Publications ▾    About Us ▾

## 1005 N SERRANO AVE

**Date Received:** 12/16/2010
**Description:** MISCELLANEOUS COMPLAINTS
**Inspector:** GOURGEN PETROSSIAN
**Phone:** (213)252-1406
**Status:** CLOSED

### Order Information

| Order Number | Order Type | Effective Date | Issued By | Phone |
|---|---|---|---|---|
| 2711917 | ORDER TO COMPLY | 4/1/2011 | GOURGEN PETROSSIAN | (213)252-1406 |

### Code Violation Information

| Violation | Date in Compliance |
|---|---|
| No automobile parking space shall be provided or maintained within a required front yard. All portions of the required front yard of one and multiple family not used for necessary driveway and walkways, shall be used for planting and shall not be paved. | 5/24/2011 |
| Over height fences and walls, including latticework, ornamental fences, screen walls, hedges or thick growths of shrubs or trees. | 5/24/2011 |

Mission | Privacy Policy | Disclaimer | Login

© Copyright 2010 City of Los Angeles. All rights reserved.

Oh look, another complaint. Looks like Vogel was trying to install unauthorized parking spaces. Skirting the law once again.



Let's talk about Airbnb for a moment. The city of LA requires all landlords to have their properties inspected and approved for Airbnb use. This requires the purchase of a permit and paying for the city inspector. It looks like Vogel started that process in 2013. However, his cheap penny-pinching ways got the better of him. He never completed the permit process and never tried to permit any of his other properties for Airbnb either.

Here is the permit he never completed.

## 1529 3/4 N BRONSON AVE 90028

| | |
|---|---|
| **Application / Permit** | 13016-30001-11217 |
| **Plan Check / Job No.** | X13WL02810 |
| **Group** | Building |
| **Type** | Bldg-Alter/Repair |
| **Sub-Type** | Apartment |
| **Primary Use** | (1) Dwelling – Single Family |
| **Work Description** | SUPPLEMENTAL TO 13016-20000-11217 TO CHANGE FROM SFD/DUPLEX TO APARTMENT PERMIT |
| **Permit Issued** | No |
| **Current Status** | Not Ready to Issue on 6/17/2013 |

We went a step further just in case Vogel wants to say this is an isolated incident or this isn't what he's all about. We took a field trip to Vogel's other properties in LA and across the US of A to New Mexico and Washington, DC to shed some light on his slumlord ways.

Here are the top 10 themes you will see in the following pictures:

1. Vogel doesn't like door knobs.
2. Vogel doesn't like utility covers.
3. Vogel doesn't like dumpsters.
4. If there are dumpsters Vogel prefers to have them right in front of a tenant's window.
5. In the absence of dumpsters Vogel prefers the tenants place their trash cans in front of the tenant's windows.
6. Vogel loves exposed wires.
7. Vogel likes mold.
8. Vogel likes to stash trash around his properties.
9. Vogel likes the unfinished look.
10. Vogel likes the broken look.

**Jason Vogel's Hoover Property**













Jason Vogel's Commonwealth Property









**Jason Vogel's Serrano Property**





Jason Vogel's New Mexico Property











**Jason Vogel's Washington DC Properties**



















Vogel, Vogel, Vogel.  You made this way too easy.  More to come if needed….

# Leave a comment

## Leave a Reply

You must be logged in to post a comment.

## Recent Posts

- ✓ Hello world!

## Recent Comments

## Categories

☛ Uncategorized

## Search

| Search … | **SEARCH** |
|---|---|

Proudly powered by WordPress · Theme Toivo Lite by Foxland

# Exhibit B



# Exhibit C

| Jason Vogel |

 Brian    Home 3



# Jason Vogel
@RealJasonVogel

**Home**

About

Photos

Likes

Videos

Posts

Create a Page



Like    Message    More

Status    Photo / Video

Fictional Character

 Write something on this Page...

Search for posts on this Page

 84 people like this

Invite friends to like this Page

**Jason Vogel**
July 6 at 1:59pm ·

RENTERS BEWARE! The #realjasonvogel thinks of #profitsoverpeople. Under his slumlord, tenants were illegally evicted. His properties feature a wide array of pet rodents, mold, and literally no maintenance for years! #hollywoodslumlord #losangeles Get read to meet the #realjasonvogel.

**ABOUT**

This is a parody account for Jason Vogel. Renting in LA is hard, but can be more difficult with slumlords like Jason Vogel. #hollywoodslumlord

https://twitter.com/realjasonvogel

**PHOTOS**







**The Real Jason Vogel -- The Dirt Road to Nowhere**

**The Real Jason Vogel – The I Nowhere**



**Jason Vogel**
June 29 at 2:00pm ·

Think you live alone in Vogel's apartments? Think again! #cockroaches #rats

**VISITOR POSTS**

#maggots oh my! #HollywoodSlumlord
Check out an article by Los Cerritos News!



Be the first to add a post.

Create Post

**New Housing Complaint Filed Against
Hollywood Landlord Jason Vogel**

New Housing Complaint File
Hollywood Landlord Jason V

PEOPLE ALSO LIKE

 **Debt Freedom Concepts**    Like
Small Business

 **Todd Dean & Co.**    Like
Bank/Financial Institution

 **360AnDev Conference**    Like
Computers/Technology

20

1 share

 Write a comment...

English (US) · Русский · Español ·
Português (Brasil) · Français (France)

Privacy · Terms · Advertising · Ad Choices    · Cookies ·
More
Facebook © 2016

 **Jason Vogel**
May 31 ·

Turning my #dirtdriveway into parking lots. #Frugalliving #profit @hgtv **More**
on: www.therealjasonvogel.com #hollywoodslumlord #slumlord #hollywood

 

**The Real Jason Vogel — The Dirt Road to
Nowhere**

The Real Jason Vogel — The I
Nowhere

66

Chronological

 **Lillian Montgomery** Que pena que eso este pasando, en pleno Centro de la
cuidad !!!
See Translation

Like · Reply ·    1 · June 13 at 11:10am

 **Jason Vogel** It's pretty awful what's going on here. There are many cases like this in LA!

Like · Reply · June 15 at 1:46pm

 Write a comment...

 **Jason Vogel**
May 27 ·

The Jason Vogel properties received ZERO improvements in the past decade. http://ht.ly/HyuP300gov5
#hollywoodslumlord #slumlord #hollywood #housingcrisis



1

 Write a comment...

 **Jason Vogel** updated their cover photo.
May 27 ·



1

 Write a comment...

 **Jason Vogel** added 3 new photos.
May 26 ·

My name is Jason Vogel and I approve the #mold. And the #cockroaches. #sorrynotsorry http://ht.ly/HyuP300gov5



6                                                      Chronological

 **Kelly Probst** David Mead,j just found this shoe your friend ,a little insight
Like · Reply · May 27 at 9:03am

 **Christine Asher** Wth
Like · Reply ·     1 · May 28 at 7:30am

 **Jason Vogel** Yup!!! I know! Horrible living conditions that most people just "self evict." Then #hollywoodslumlord would just turn those units to Airbnb units.
Like · Reply · May 31 at 4:49pm

 Write a comment...

See More

# Exhibit D





**The Real Jason Vogel**
@realjasonvogel

Giving a voice to renters everywhere! Parody Account. Unlocking the truth one property at a time.

⚲ Hollywood, CA

🔗 therealjasonvogel.com

📅 Joined March 2016



📷 66 Photos and videos



Who to follow · Refresh · View all

 **LexisNexis** ⌇LexisNexis
Followed by Labaton Sucha…
👤⁺ **Follow**

 **Lawdragon** ⌇lawdragon_ne…
Followed by Robbins Geller …
👤⁺ **Follow**

 **PLUS** ⌇PLUS_HQ
Followed by Labaton Sucha…
👤⁺ **Follow**

Find friends

Trends · Change

| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|---|---|---|---|
| 156 | 632 | 81 | 50 |

⚙    👤⁺ Follow

**Tweets**    Tweets & replies    Media

 **The Real Jason Vogel** ⌇realjasonvogel · Jul 11
#mondaymotivation #affordablehousing is needed in #LA today. Check out: #realjasonvogel ht.ly/HyuP300gov5 #hollywoodslumlord

      ♡ 2

 **The Real Jason Vogel** ⌇realjasonvogel · Jul 8
#affordablehousing in #LA! Ppl like Vogel puts #profitsoverpeople #hollywoodslumlord follow: ht.ly/HyuP300gov5

 **Quadel Consulting** @ConsultQuadel
ICYMI: Majority Believes Housing Crisis Lingers - 81% cite lack of #AffordableHousing - goo.gl/owXbJp

     1  ♡ 1

 **The Real Jason Vogel** ⌇realjasonvogel · Jul 6
RENTERS BEWARE!The #realjasonvogel thinks #profitsoverpeople #hollywoodslumlord #losangeles Meet the #realjasonvogel ht.ly/HyuP300gov5

      ♡

Promoted Tweet

PLⓘ **PLI** ⌇PractLawInst · Jul 20
All You Need to Know about E-Discovery! Register Now!

Roger Ailes
44.4K Tweets

**#TrumpIsWithYou**
11.8K Tweets

**Charlotte**
68.3K Tweets

**#NationalJunkFoodDay**
@CNBC and @MarketWatch are Tweeting
about this

**#CharlesKinsey**
379K Tweets

**#OneDirectionIsOverParty**
497K Tweets

**#ThursdayThoughts**
50.2K Tweets

**Timmy Turner**
47.9K Tweets

**#ComicCon2016**
18.6K Tweets

**Strasburg**
5,246 Tweets

 Promoted

 **The Real Jason Vogel** @realjasonvogel · Jun 30
Times are tough in #LA! #hollywoodslumlord Vogel ruining
neighborhoods #profitsoverpeople! ht.ly/HyuP300gov5

> **Sen. Maria Cantwell** @SenatorCantwell
> Homelessness is caused by many factors one being the lack of
> #AffordableHousing making it hard to find work & get job training
> #SeaHomeless

 **The Real Jason Vogel** @realjasonvogel · Jun 29
We also need to get rid of #hollywoodslumlord like JasonVogel who
isn't helping the cause. ht.ly/ZEoT301M5IG

> **Carl Muhlstein** @CarlMuhlstein
> More #marketrate housing softens rentals aiding #affordablehousing #LA
> 3.5% vacancy is the culprit vs new apartments twitter.com/jdlahart/statu…

 **The Real Jason Vogel** @realjasonvogel · Jun 29
.@MyNewsLA Absolutely! We also need to get rid of
#hollywoodslumlord in #LA. ht.ly/ZEoT301M5IG

> **MyNewsLA.com** @MyNewsLA
> Will you vote for more #AffordableHousing in #LA?
> bit.ly/28Nsb3t

 **The Real Jason Vogel** @realjasonvogel · Jun 29
Think you live alone in Vogel's apts? Think again! #cockroaches #rats
#maggots oh my! #HollywoodSlumlord

 **The Real Jason Vogel** realjasonvogel · May 31
Regulate @realjasonvogel properties! He can't make people self evict!
ht.ly/HyuP300gov5 #hollywoodslumlord

> **Make Room** @MakeRoomUSA
> Affordable housing is an issue that both political parties can get behind.
> Let's join together to #makeroom bit.ly/1sZ8Ot9

 **The Real Jason Vogel** realjasonvogel · May 31

# LA has rent control? Let's force self-eviction & call it even.  More on:  ht.ly/HyuP300gov5 #hollywoodslumlord

 **The Real Jason Vogel** realjasonvogel · May 26
Way 2 go! @realjasonvogel reaping rewards of hardworking citizens!
#hollywoodslumlord ht.ly/HyuP300gov5

>  **People Before Profit** @pb4p
> Demo this Saturday at Customs House at 2pm to demand
> action on #housingcrisis @bridsmith @RBoydBarrett
> @PMVTrust

 **The Real Jason Vogel** realjasonvogel · May 26
What a shame! @realjasonvogel reaping rewards of hardworking

citizens! #hollywoodslumlord ht.ly/HyuP300gov5



**Brittney Kroiss** @bkroiss
When women make .77 per $1 w/majority going to rent, they are hardest hit-esp single mothers. #LMRent #housingcrisis

Promoted Tweet



**Twitter Small Biz** @TwitterSmallBiz · Jul 8

# Expand your reach and use Twitter Ads to target a new audience.

Promoted



**The Real Jason Vogel** @realjasonvogel · May 26

# It's happening everywhere! #housingcrisis Stop #hollywoodslumlord like @realjasonvogel More: ht.ly/HyuP300gov5

**Homes First** @Homes_First
Number of households waiting for rent-geared-to-income housing in 2015 = 171,360 #housingcrisis ow.ly/eVkq300AlxZ

The Real Jason Vogel followed Robin Kniech, Quadel Consulting, NCRC-NTA and 47 others



☼    👤+ **Follow**

**Robin Kniech**



☼    👤+ **Follow**

**Quadel Consulting**

@KniechAtLarge

Out member of Denver City Council, mama, passionate about Denver and middle-income families and those struggling to make ends meet.

@ConsultQuadel

Quadel is a leading expert in HCV, Public Housing, Section 8 PBCA, and LIHTC. We also specialize in training opportunities through scheduled &...

 **The Real Jason Vogel** @realjasonvogel · May 23

Want to learn more about @realjasonvogel **Click here:** therealjasonvogel.com **Let's ban together to stop #hollywoodslumlord Vogel.**

 **The Real Jason Vogel** @realjasonvogel · May 23

#LAHousingCrisis **is real! People like @realjasonvogel who disregards his properties & makes tenants lives miserable.** ht.ly/HyuP300gov5

 **The Real Jason Vogel** @realjasonvogel · May 23

My name is Jason Vogel and I approve the #mold. And the #cockroaches. And the illegal @Airbnb suites.



 **The Real Jason Vogel** @realjasonvogel · May 22

The @realjasonvogel should hire an #electrician don't you think? #hollywoodslumlord therealjasonvogel.com





**The Real Jason Vogel** @realjasonvogel · May 21

The @realjasonvogel loves #mold. Want to move in? Who's ready? #hollywoodslumlord therealjasonvogel.com



**The Real Jason Vogel** @realjasonvogel · May 20

Common theme: trash. @realjasonvogel loves trash, therefore treats his tenants like trash. WHY? #hollywoodslumlord



**The Real Jason Vogel** @realjasonvogel · May 20

If there are dumpsters Vogel prefers to have them right in front of a tenant's window. #hollywoodslumlord





**The Real Jason Vogel** @realjasonvogel · May 19
Top 10 themes in Vogel apartments: Vogel doesn't like dumpsters.
#hollywoodslumlord
therealjasonvogel.com





**The Real Jason Vogel** @realjasonvogel · May 19
Top 10 themes in Vogel apartments: Vogel doesn't like utility covers.
#hollywoodslumlord
therealjasonvogel.com







**The Real Jason Vogel** realjasonvogel · May 19

Here are the top 10 themes you will see repeatedly throughout @realjasonvogel apartments: No door knobs, no problem





**The Real Jason Vogel** realjasonvogel · May 18
My name is Jason Vogel, and my motto is "I want to rip you off." Read more here: therealjasonvogel.com #hollywoodslumlord



**The Real Jason Vogel** realjasonvogel · May 18

The @realjasonvogel 's properties received ZERO improvements in the past decade. #hollywoodslumlord





 **The Real Jason Vogel** realjasonvogel · May 18
Get to know the @realjasonvogel here: therealjasonvogel.com
#hollywoodslumlord #slumlord #hollywood

 **The Real Jason Vogel** realjasonvogel · May 17
Jason Vogel makes tenants life miserable! #hollywoodslumlord
#slumlord #hollywood. **Make your life simpler, don't rent from**
@realjasonvogel

 **The Real Jason Vogel** realjasonvogel · May 17
We need #HousingForAll. **No more of these** #hollywoodslumlord
**ruining our neighborhoods.** therealjasonvogel.com

 **The Real Jason Vogel** realjasonvogel · May 17
The #LAHousingCrisis is real. @realjasonvogel is real.
#hollywoodslumlord #housingisahumanright  ow.ly/4ndbVe

 **The Real Jason Vogel** realjasonvogel · May 16
We urge travelers looking for a place to stay
in Hollywood NOT to rent Vogel's
apartments! #hollywoodslumlord

 1 guest review

NursesCallTh

**"Hollywood horror story"**

Left on 10/19/2014 for a stay in October 2014

When you arrive at this Hollywood townhome you will be
shocked to turn down a dirt path to find it, you may be
treated by mice as we were, when we unfortunately had to
unpack as we had no other hotel reservations to stay.
Although it appears nicely furnished, the pictures in the ad
are dated. The house was dirty, it seemed as if someone
had just picked up the place. The walls, door knobs, light
switches were filthy, the floors were sticky, and the
bathroom downstairs had feces on the seat! No joke or
sarcasm. Before we unpacked we wiped down as much as

we could with Clorox wipes we had in the car, luckily. So if you rent after us we at least wiped it down, the only things nicely made were the beds. The only issue is they slide easily, the 3 year old that we have was able to push the twin beds around. The place it's self is quite dated and smells as if there is mold. We were only able to stand the place one night, thanks to a family emergency. We honestly would not have been able to stay an extra night, the neighbors are out until all hours of the night, Bronson St itself is known as hooker ally! As we were toldby locals. If I would have known I would not have rented this place with my 3 year old and 8 year old. I would not stay in this place even if they paid me

 **The Real Jason Vogel** @realjasonvogel · May 16
There's nothing great about living in #hollywoodslumlord @realjasonvogel **apartments. Sleep with #cockroaches, laundry with #rodents=lawsuits**

 **The Real Jason Vogel** @realjasonvogel · May 2
No permits, no problem! Let me just make my tenants self evict themselves so I can transform it into #Airbnb units. #hollywoodslumlord

 **The Real Jason Vogel** @realjasonvogel · May 2
Who has time to make tenants miserable? I know, @realjasonvogel does! #hollywoodslumlord **Check out:** therealjasonvogel.com

 **The Real Jason Vogel** @realjasonvogel · May 2
Eviction, no problem! Turning my apartments into @Airbnb rooms. #profit **More on:** therealjasonvogel.com #hollywoodslumlord

 **The Real Jason Vogel** @realjasonvogel · May 1
#LARentControl? Let's just force "self" eviction and call it even. More on: therealjasonvogel.com #hollywoodslumlord #slumlord #hollywood

 **The Real Jason Vogel** @realjasonvogel · May 1
The @realjasonvogel only cares about PROFITS, not TENANT SAFETY. #hollywoodslumlord #slumlord #hollywood







**The Real Jason Vogel** @realjasonvogel · Apr 30

Get to know the @realjasonvogel here: therealjasonvogel.com #hollywoodslumlord #slumlord #hollywood



**The Real Jason Vogel** @realjasonvogel · Apr 30

# Jason Vogel makes tenants life miserable! #hollywoodslumlord #slumlord #hollywood



**The Real Jason Vogel** @realjasonvogel · Apr 29

The struggle is real with #hollywoodslumlord like @realjasonvogel #LAHousingCrisis



**The Real Jason Vogel** @realjasonvogel · Apr 29

When @realjasonvogel promises his tenants accommodations for



rental units, he always succeeds in letting you down.

#hollywoodslumlord