UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JASON VOGEL                )

                                )

         Plaintiff,        )

                                  )       Case No. 1:16-cv-01598-APM

         v.                 )

                                  )

THE GO DADDY GROUP, INC.   )       The Honorable Amit Mehta

                                  )

         and            )

                                  )

JOHN DOES 1 through 4      )

Unknown individuals         )

                                  )

         Defendants.      )

                                  )

## PLAINTIFF'S DISCOVERY STATUS REPORT

Comes now the Plaintiff Jason Vogel, by and through his undersigned counsel, and pursuant to the Court's Order dated March 28, 2017 reports to the Court the status of discovery in the aforementioned case.

PROCEDURAL STATUS

On March 20, 2017, the Plaintiff filed a Motion to Extend Time to Continue Discovery, which the Court granted on March 28, 2017.  On April 3, 2017, in response to a Motion to File an Amicus brief by Public Citizen on April 3, 2017, the Court stayed all discovery pending a resolution of whether the court has jurisdiction.  In his April 17, 2017 Motion to Amend his Complaint, the Plaintiff set forth the legal reasons why the Court has jurisdiction over the Doe defendants, along with an Amended Complaint.   Thereafter, in response to Public Citizen's

1

Brief dated April 29, 2017, on May 1, 2017 the Plaintiff filed a Revised Amended Complaint which identified John Doe 1 as a citizen of Virginia, John Doe 2 as a citizen of Texas, John Doe 3 as a citizen of Texas, and John Doe 4 as a citizen of Illinois.  The basis of the allegations of citizenship is the location of IP addresses used by the John Does.  The Revised Amended Complaint also dismissed GoDaddy as a co-Defendant.

DISCOVERY STATUS

On March 20, 2017, the undersigned had a telephone meet and confer meeting with Bryan Freedman, Esq. regarding discovery that Mr. Freedman's clients failed to produce. Discovery against Mr. Freedman's clients began on September 13, 2016.  As additional discovery went out, Mr. Freedman picked up additional clients, no one of whom have produced a single document.  Mr. Freedman represents his law firm, Freedman and Taitelman; Hudson Pacific Properties; Michael Trujillo; Tom Ogden; Candy Baldwin; Elizabeth Walker; and John Rivera.  Mr. Freedman made it clear to the undersigned that he had no intention of complying with discovery.  At the time the discovery stay was put into effect, the undersigned was in the process of preparing motions to compel which would have been filed in the US District Court for the Central District of California by Brian Lundin, Esq., who is the Plaintiff's local counsel in California. Work on those motions has been paused due to the stay.

Just prior to the stay in discovery, the Plaintiff received a previously issued discovery response which suggested that M Strategic Communications, LLC, a Delaware limited liability company based in California might have information relevant to the identities of the John Does. The undersigned had issued a subpoena duces tecum to that company.  It had not yet been served when the Court stayed discovery, so the undersigned instructed the process server to not serve

2

the subpoena.  Instead, a litigation hold letter was sent to M Strategic Communications.  M Strategic Communications has not been in contact with the Plaintiff.

A subpoena duces tecum was issued on March 24, 2017 to Ad Hoc Labs, Inc., who the Plaintiff believes provided the burner phone used by a John Doe in establishing the derogatory web site.  Ad Hoc Labs apparently has relevant documents.  As a result of the stay in discovery, Ad Hoc Labs has not produced any information as to the purchaser phone.  However, they have taken steps to preserve the data that Ad Hoc Labs holds pending a resolution of the matter.

DATED: May 26, 2017

Respectfully Submitted,

*/Kenneth A. Vogel/*
Kenneth Vogel, Esq.
DC Bar No. 413407
Bar-Adon & Vogel, PLLC
1642 R St. NW
Washington, DC 20009
TEL  (202) 332-7323
FAX (202) 332-7326
KAVogel@metrolegalsolutions.com
Attorney for Plaintiff Jason Vogel

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2017 the foregoing Discovery Status Report was served upon The GoDaddy Group, Inc. electronically by e-mail.

GoDaddy Legal Department
14455 North Hayden Rd., Suite 219
Scottsdale, AZ 85260
legal@godaddy.com

and on the following by using the court's ECF system:

Paul Alan Levy, Esq.
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
plevy@citizen.org

*/s/ Kenneth A. Vogel*
Kenneth A. Vogel