**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

JASON VOGEL,                                   )
                                               )
    **Plaintiff,**                               )
                                               )
      **v.**                                )          **Case No. 16-cv-1598 (APM)**
                                               )
GO DADDY GROUP, INC., et al.,                  )
                                               )
    **Defendants.**                            )
_____  )

## ORDER

For the reasons stated in the court's Memorandum Opinion, *see* Mem. Op., ECF No. 16, the court hereby denies Plaintiff's Motion for Leave to Amend, ECF No. 12, insofar as Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure allows a plaintiff to amend once as a matter of right before a responsive pleading is filed; denies as moot Freedman + Taitelman LLP's Motion for Leave to File as Amicus Curiae, ECF No. 9, and Freedman + Taitelman LLP's Second Motion for Leave to File as Amicus Curiae, ECF No. 13; denies as futile Plaintiff's Praecipe, ECF No. 14; and dismisses the case without prejudice.


Dated:  July 19, 2017                          Amit P. Mehta
                                               United States District Judge